SADIE GOLDMAN, Appellant, *v.* ANNA SONTAG et al., Respondents.

Submitted April 7, 1941; decided April 17, 1941.

*John D. Lyons* for motion.
*Ellsworth Baker* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.